

# IN THE
# TENTH COURT OF APPEALS

_____

### No. 10-12-00425-CV

_____

**MARICELA G. MORALES, LEONEL MORALES,**
**AND FIDEL MORALES, INDIVIDUALLY, AS**
**PERSONAL REPRESENTATIVE OF THE ESTATE**
**OF INNOCENCIO MORALES, DECEASED,**

                                                            **Appellants**

 **v.**

**NAVARRO PECAN COMPANY, INC.,**

                                                            **Appellee**

_____

### From the 13th District Court
### Navarro County, Texas
### Trial Court No. D12-21707-CV

_____

## MEMORANDUM OPINION

_____

Appellants Maricela G. Morales, Leonel Morales, and Fidel Morales,

Individually, as Personal Representative of the Estate of Innocencio Morales, Deceased,

and on behalf of all wrongful death beneficiaries appealed the trial court's final

judgment rendered against them.  Appellants have now filed a motion to dismiss the

appeal stating that the parties reached an agreement during mediation.  Appellee is unopposed to this motion.

Accordingly, appellants' motion is granted, and this appeal is dismissed.  *See* TEX. R. APP. P. 42.1.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed August 28, 2014
[CV06]